IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JOSEPH DODD,

                Petitioner,

   v.                                      ORDER
                                            07-C-573-S

C. MOLINKA,

                Respondent.
_____

   Petitioner has submitted a petition for a writ of habeas corpus. Before his petition can be addressed he shall submit an affidavit of indigency or the $5.00 filing fee.

   Failure to submit the fee or an affidavit of indigency by October 29, 2007 may result in dismissal of this action for failure to prosecute.

ORDER

   IT IS ORDERED that petitioner shall submit the filing fee or an affidavit of indigency by October 29, 2007 or this action may be dismissed for his failure to prosecute.

   Entered this <u>16th</u> day of October, 2007.

                                          BY THE COURT:

                                          /s/

                                          _____
                                          JOHN C. SHABAZ
                                          District Judge